IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| Josephine NcNeal, Administrator of the Estate of ) <br> James McNeal, Jr., As Next Friend, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **Board of Police Commissioners,** ) <br> **Karl Zobrist, in his official** ) <br> **Capacity as Board President of The Board of** ) <br> **Police Commissioners of Kansas City, Missouri, et. al.** ) <br> ) <br> **Defendants.** ) | )Case No. 04-CV-2149GTV |

### PLAINTIFF'S MOTION IN OPPOSITION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff, by and through counsel, and moves this court for an order denying Defendants' Motion for Summary Judgment. Summary Judgment is only appropriate when the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law; the trial court is required to resolve all facts and inferences which may reasonably be drawn from the evidence in favor of the party against whom the ruling is sought. **Morgan v. City of Wichita**, 80 P.3d 407, Kan. App. (2003).

WHEREFORE, Plaintiff prays this Court enter an order denying Defendants Motion for Summary Judgment, and grant such other relief that the Court deems fair and just to Plaintiff. Plaintiff files suggestions separately.

CONNOR & RIVERS, LLC

s/Kelly M. Connor-Wilson
Kelly M. Connor-Wilson, KS#19390

> **Connor & Rivers, LLC**
> **425 Washington, Suite 208**
> **Kansas City, Missouri 64105**
> **Telephone (816) 842-1507**
> **Facsimile: (816) 842-2922**
> **ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I certify that a true and a correct copy of the foregoing Motion was electronically filed via CM/ECF on this 11th day of February, 2006, in the United States District Court of Kansas and a copy of same was sent, via CM/ECF, to:

Russell S. Jones Jr.
Patrick D. Martin
Shughart Thomson & Kilroy, P.C.
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, Missouri 64105

and

by United States mail, postage prepaid, to:

Kansas City, Missouri Police Department
Attn: Lisa Morris
1125 Locust
Kansas City, Missouri 64106.

> s/ Kelly M. Connor-Wilson
> Attorney for Plaintiff